IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL S. DAY, JR., ET AL. | * | |
| v. | * | Civil No. – JFM-16-3944 |
| JOHNS HOPKINS HEALTH SYSTEM CORP., ET AL. | * | |

******

ORDER

For the reasons stated in the memorandum entered herewith, it is, this 28th day of August 2017

ORDERED

1. Defendants' motion to dismiss (document 11) is granted; and

2. This action is dismissed for failure to state a claim upon which relief can be granted.

J. Frederick Motz
United States District Judge